Michael Joseph O'CONNELL, a minor, by His Parents and Natural Guardians, Michael O'Connell and Eileen O'Connell, Petitioners–Appellants,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.

No. 04–5002.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Morgan Elizabeth WARD, a minor, by Her Parents and Natural Guardians, David Ward and Felicia Ward, Petitioners–Appellants,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.

No. 04–5003.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).